**5**

William KENNY, Appellant, v. UNITED STATES of America, Appellee.

Circuit Court of Appeals, Fifth Circuit.
March 14, 1928.

No. 5062.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

C. S. Hebert, of New Orleans, La., for appellant.

Wayne G. Borah, U. S. Atty., and T. M. Logan Bruns, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The decree in this case is affirmed.